1026

DON HENSLEY, ET AL., *Appellants*, v. THE CITY OF LONGVIEW, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-01619-7, Richard A. Strophy, J., entered June 23, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 26526-5-II.   Division Two.   November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY WAYNE BRODERICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02123-4, Bryan E. Chushcoff, J., entered September 22, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 26917-1-II.   Division Two.   November 8, 2002.]

*In the Matter of the Parentage of* GARRETT LEROY RILEY CARR.

BRIAN L. CARR, *Appellant*, v. CHARLEEN CHANCELLOR, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-5-00087-2, Don L. McCulloch, J., entered December 14, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 27023-4-II.   Division Two.   November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN WAYNE NALLION, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00355-0, James E. Warme, J., entered February 6, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.